

**United States District Court**
**Eastern District of California**

FILED
MAR 30 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1:22-CV-335 DAD
Case Number: ~~22-at-00188~~ BAK/SP6

| Center for Biological Diversity |
Plaintiff(s)

V.

| Deb Haaland, Secretary of Interior. Martha Wil |
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Lauren Parker _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Center for Biological Diversity

On ____03/10/2020____ (date), I was admitted to practice and presently in good standing in the _____District of Columbia_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____

Date: ____03/23/2022____    Signature of Applicant: /s/ Lauren Parker

---

U.S. District Court – Pro Hac Vice Application                                  Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Lauren Parker

Law Firm Name: Center for Biological Diversity

Address: 1411 K Street NW

City: Washington    State: D.C.    Zip: 20005

Phone Number w/Area Code: _____

City and State of Residence: Bowie, MD

Primary E-mail Address: lparker@biologicaldiversity.org

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Margaret Coulter

Law Firm Name: Center for Biological Diversity

Address: 1411 K Street NW

City: Washington    State: D.C.    Zip: 20005

Phone Number w/Area Code: _____    Bar #: 304708

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/29/22                             _E. P. _____
                                            JUDGE, U.S. DISTRICT COURT