TODD KIM, Assistant Attorney General
Environment & Natural Resources Division
CHRISTIAN H. CARRARA,
Trial Attorney (NJ Bar No. 317732020)
Wildlife & Marine Resources Section
United States Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9736
Fax: (202) 305-0275
Email: christian.carrara@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, <br><br> Plaintiff, <br><br> v. <br><br> **DEBRA HAALAND,** in her official capacity as Secretary of the U.S. Department of the Interior, and **MARTHA WILLIAMS**, in her official capacity as Director of the U.S. Fish and Wildlife Service. <br><br> Defendants. | No. 1:22-cv-00335-DAD-BAK <br><br> **JOINT MOTION FOR A 30-DAY STAY OF PROCEEDINGS** |

The Parties respectfully request that the Court grant this joint motion for a 30-day stay of proceedings in the above-referenced case until June 26, 2022.  In support of this motion, the Parties state as follows:

The Parties seek a 30-day stay of proceedings so that they may confer in regard to a possible negotiated resolution of this matter and this is the first request for a stay in proceedings.

JOINT MOT. TO STAY PROCEEDINGS         1

1   Accordingly, in the interest of judicial economy and the Parties' interest in avoiding further litigation, the Parties now seek a 30-day stay until June 26, 2022, to allow the Parties to attempt to resolve this case without the Court's further involvement. Additionally, the stay will avoid expending the Parties' or the Court's resources with potentially unnecessary filings. *Landis v. North American Co.*, 299 U.S. 248, 255 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants.").

Therefore, the Parties respectfully request that the Court enter an order as follows:

1. All proceedings in the above-captioned litigation are stayed until June 26, 2022.
2. The Parties will file a joint status report by June 26, 2022, to update the Court on the status of the matter.
3. Defendants' deadline to file an Answer on May 27, 2022, is hereby vacated. The Parties will propose a new deadline to file an Answer, if appropriate, in the above-mentioned joint status report.

Dated: May 26, 2022                              Respectfully submitted,

/s/ *Jason Rylander*                             TODD KIM, Assistant Attorney General
JASON C. RYLANDER                                SETH M. BARSKY, Section Chief
(D.C. Bar No. 474995)                            MEREDITH L. FLAX, Assist. Section Chief
Center for Biological Diversity
1411 K St. NW, Suite 1300                        */s/ Chris Carrara*
Washington, DC 20005                             CHRISTIAN H. CARRARA,
(202) 744-2244                                   Trial Attorney (NJ Bar No. 317732020)
jrylander@biologicaldiversity.org                U.S. Department of Justice
                                                 Environment & Natural Resources Division
/s/ *Lauren Parker*                              Wildlife & Marine Resources Section
LAUREN PARKER                                    Ben Franklin Station. P.O. Box 7611
(D.C. Bar No. 1670885)                           Washington, DC 20044-7611
Center for Biological Diversity                  Tel: (202) 598-9736
1411 K St. NW, Suite 1300                        Fax: (202) 305-0275
Washington, DC 20005                             Email: christian.carrara@usdoj.gov
(202) 868-1008
lparker@biologicaldiversity.org                  *Attorneys for Defendants*

/s/ *Margaret Coulter*
MARGARET COULTER

JOINT MOT. TO STAY PROCEEDINGS              2

(CA Bar No. 304708)
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(202) 961-4820
mcoulter@biologicaldiversity.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

<i>/s/ Chris Carrara</i>