Margaret A. Coulter (CA Bar No. 304708)
Lauren A. Parker (DC Bar No. 1670885)
*Pro hac vice*
Jason C. Rylander (DC Bar No. 474995)
*Pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street N.W., Suite 1300
Washington, D.C. 20005
Telephone: (202) 961-4820

*Attorneys for Plaintiff Center for Biological Diversity*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br>v.<br><br>DEB HAALAND, Secretary of the Interior, *in her official capacity*; and<br><br>MARTHA WILLIAMS, Director of the U.S. Fish & Wildlife Service, *in her official capacity*,<br><br>Defendants. | No. 1:22-cv-00335-DAD-BAK<br><br>**JOINT STATUS REPORT** |

The Plaintiff and Defendants (the "Parties") provide the Court with this Joint Status Report upon expiration of the 30-day stay in proceedings agreed to in the Joint Motion for a 30-Day Stay of Proceedings, ECF No. 11.

The Parties sought a stay so they could confer in regard to a possible negotiated resolution of this matter. Counsel for both parties have engaged in settlement discussions consisting of various emails and phone calls, including on April 21, 2022, May 18, 2022, and June 23, 2022. The Parties have negotiated in good faith but have been unable to agree to a settlement.

1

The Parties agree this case should proceed in accordance with the Court's Order Setting Mandatory Scheduling Conference, ECF No. 6, and will prepare and file a Joint Scheduling Report one week prior to the scheduling conference.

Respectfully submitted,

| | |
|---|---|
| */s/ Margaret A. Coulter* | Todd Kim, Assistant Attorney General |
| Margaret A. Coulter (CA Bar No. 304708) | S. Jay Govindan, Acting Section Chief |
| mcoulter@biologicaldiversity.org | Meredith L. Flax, Assist. Section Chief |
| Lauren A. Parker (DC Bar No. 1670885) | |
| lparker@biologicaldiversity.org | */s/ Chris Carrara* |
| *Pro hac vice* | Christian H. Carrara, |
| Jason C. Rylander (DC Bar No. 474995) | Trial Attorney (NJ Bar No. 317732020) |
| jrylander@biologicaldiversity.org | |
| *Pro hac vice* | U.S. Department of Justice |
| | Environment & Natural Resources Division |
| CENTER FOR BIOLOGICAL DIVERSITY | Wildlife & Marine Resources Section |
| 1411 K Street NW, Suite 1300 | Ben Franklin Station. P.O. Box 7611 |
| Washington, D.C. 20005 | Washington, DC 20044-7611 |
| Telephone: (202) 961-4820 | Tel: (202) 598-9736 |
| | Fax: (202) 305-0275 |
| *Attorneys for Plaintiff* | Email: christian.carrara@usdoj.gov |
| | |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

*/s/ Margaret A. Coulter*