TODD KIM, Assistant Attorney General
Environment & Natural Resources Division
CHRISTIAN H. CARRARA,
Trial Attorney (NJ Bar No. 317732020)
Wildlife & Marine Resources Section
United States Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9736
Fax: (202) 305-0275
Email: christian.carrara@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>Plaintiff,<br><br>v.<br><br>**DEBRA HAALAND,** in her official capacity as Secretary of the U.S. Department of the Interior, and **MARTHA WILLIAMS**, in her official capacity as Director of the U.S. Fish and Wildlife Service.<br><br>Defendants. | No. 1:22-cv-00335-DAD-BAK<br><br><br><br>**DEFENDANTS' AMENDED NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date: September 6, 2022**<br>**Time: 9:30 am**<br>**Judge: Drozd**<br>**Courtroom: 5** |

PLEASE TAKE NOTICE that on September 6, 2022, at 9:30 am, or as soon thereafter as this matter may be heard in the above-entitled court located at the Robert E. Coyle Federal Courthouse, Defendants, Debra Haaland, in her official capacity as Secretary of the U.S. Department of Interior, and Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service, hereby cross-move for an order granting summary judgment pursuant to

1

Local Rule 260 and Rule 56 of the Federal Rules of Civil Procedure. In support of their motion, Defendants state, and counsel for Defendants certify, as follows:

1. The parties have engaged in various settlement negotiations consisting of emails and telephone calls between counsel, which occurred on April 21, 2022, May 18, 2022, and June 23, 2022. Despite good faith efforts made by counsel for both parties, the parties' meet and confer efforts have been exhausted. Accordingly, on June 24, 2022, the parties conferred about their intent to file respective motions for summary judgment.

2. Plaintiff seeks declaratory and injunctive relief to address Defendants' alleged failure to fulfill their statutory duty to determine, within 12 months of the filing of its petition, whether listing of the Temblor legless lizard (*Anniella alexanderae*) is warranted, not warranted, or warranted but precluded under the Endangered Species Act, 16 U.S.C. § 1533(b)(3)(B).

3. Defendants respectfully cross-move for summary judgment for the reasons set forth in Defendants' supporting memorandum of law. As stated therein, there is no genuine dispute as to any material fact, Plaintiff's requested remedy should be denied, and the Court should order the Service to submit a 12-month finding on the Temblor legless lizard by April 30, 2026.

Dated: July 18, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　TODD KIM, Assistant Attorney General
　　　　　　　　　　　　　　　　　　S. JAY GOVINDAN, Acting Chief
　　　　　　　　　　　　　　　　　　MEREDITH L. FLAX, Assistant Chief

　　　　　　　　　　　　　　　　　　*/s/ Chris Carrara*
　　　　　　　　　　　　　　　　　　CHRISTIAN H. CARRARA, Trial Attorney
　　　　　　　　　　　　　　　　　　NJ Bar No. 317732020
　　　　　　　　　　　　　　　　　　Wildlife & Marine Resources Section
　　　　　　　　　　　　　　　　　　Environment and Natural Resources Division
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　P.O. Box 7611
　　　　　　　　　　　　　　　　　　Washington, DC 20044-7611
　　　　　　　　　　　　　　　　　　Tel: (202) 598-9736
　　　　　　　　　　　　　　　　　　Fax: (202) 305-0275
　　　　　　　　　　　　　　　　　　Email: christian.carrara@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

<u>*/s/ Chris Carrara*</u>