**EXHIBIT I**

Review of for listing or delisting actions and associated rulemakings



**Elevation Process
for listing or delisting actions and associated rulemakings**





Key
- If no resolution, move to next level
- Participants in each level
- Consultation