1
2
3
4                           **UNITED STATES DISTRICT COURT**
5                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**
6

7   MATTHEW CARD,                              No.  1:22-cv-00335-SKO

8                      Plaintiff,

9          v.                                  ORDER DIRECTING CLERK TO CLOSE
                                               THE CASE
10  SUBARU OF AMERICA, INC., a New
    Jersey Corporation, and DOES 1 through     (Doc. 14)
11  10, inclusive

12
                     Defendant.
13

14

15         On November 13, 2023, the parties filed a joint stipulation dismissing the action with

16  prejudice.  (Doc. 14).  In light of the parties' stipulation, this action has been terminated, *see* Fed.

17  R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has

18  been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

19

20  IT IS SO ORDERED.

21
    Dated:  __**November 14, 2023**__              ____/s/ *Sheila K. Oberto*_____
22                                                 UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28