Margaret A. Coulter (CA Bar No. 304708)
Lauren A. Parker (DC Bar No. 1670885)
*Pro hac vice*
Jason C. Rylander (DC Bar No. 474995)
*Pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street NW, Suite 1300
Washington, DC 20005
Telephone: (202) 961-4820

*Attorneys for Plaintiff Center for Biological Diversity*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                Plaintiff,<br>    v.<br><br>DEB HAALAND, Secretary of the Interior, *in her official capacity*; and<br><br>MARTHA WILLIAMS, Director of the U.S. Fish & Wildlife Service, *in her official capacity*,<br><br>                Defendants. | No. 1:22-cv-00335-DAD-BAK<br><br>**NOTICE OF STIPULATED DISMISSAL** |

WHEREAS, Plaintiff Center for Biological Diversity filed a lawsuit styled *Center for Biological Diversity v. Haaland*, Case No. 22-cv-00335-DAD-BAK, in the United States District Court for the Eastern District of California on March 23, 2022, challenging the U.S. Fish and Wildlife Service's failure to comply with a mandatory 12-month deadline to determine whether the Temblor legless lizard (*Anniella alexanderae*), a rare species endemic to California, warranted protection as endangered or threatened under the Endangered Species Act (ESA). 16 U.S.C. § 1533(b)(3).

WHEREAS, the case has been fully briefed on cross motions for summary judgment and has been pending a decision from this Court since August 4, 2022.

WHEREAS, in the absence of a ruling from this Court, the U.S. Fish and Wildlife Service has now completed the ESA's required 12-month finding and published the decision in the Federal Register. U.S. Fish & Wildlife Serv., *Endangered and Threatened Wildlife and Plants; 12-Month Not-Warranted Finding for the Temblor Legless Lizard*, 91 Fed. Reg. 23,934 (May 4, 2026).

WHEREAS, the issuance of the 12-month finding effectively renders the case moot.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, as follows:

1. Plaintiffs voluntarily dismiss this action as moot.

2. All parties shall bear their own fees and costs.

Respectfully submitted this 14th day of May 2026,

/s/ Jason C. Rylander
Jason C. Rylander (*Pro hac vice*)
Lauren A. Parker (*Pro hac vice*)
Margaret A. Coulter (CA Bar No. 304708)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street NW, Suite 1300
Washington, DC 20005
Telephone: (202) 961-4820
Email: jrylander@biologicaldiversity.org

*Attorneys for Plaintiff*

Notice of Stipulated Dismissal                    1

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER
Senior Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Notice of Stipulated Dismissal with the Clerk of the Court for the United States District Court for the Eastern District of California on May 14, 2026, by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

*/s/ Jason C. Rylander*

Notice of Stipulated Dismissal                    3